

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00144-CV

| | | |
|---|---|---|
| Chris Leiss and All Occupants | § | From County Court at Law No. 1 |
| v. | § | of Tarrant County (2012-000010-1) |
| | § | April 25, 2013 |
| Federal National Mortgage Association a/k/a Fannie Mae | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Chris Leiss shall pay all costs of this appeal, for which let execution issue.

It is further ordered that appellee Federal National Mortgage Association a/k/a Fannie Mae shall have and recover of and from appellant Chris Leiss and from his cash deposit in lieu of supersedeas bond the amount adjudged below, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier